UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUIAN COUNTY MUBING E-COMMERCE CO LTD,<br><br>                   Plaintiff(s),<br><br>    v.<br><br>INTERLINK PRODUCTS INTERNATIONAL INC,<br><br>                   Defendant(s). | CASE NO. C25-2733-KKE<br><br>ORDER DENYING AS MOOT MOTION TO DISMISS |

Now before the Court is Defendant Interlink Products International Inc.'s ("Interlink") motion to dismiss to Plaintiff Huian County Mubing E-commerce Co. Ltd. d/b/a MBDZ LLC's ("MBDZ LLC") complaint (Dkt. No. 1). Dkt. No. 10. On December 30, 2025, MBDZ LLC filed this patent infringement action, seeking a declaratory judgment of patent non-infringement against Interlink and Defendant Eli Zhadanov. Dkt. No. 1. On January 15, 2026, MBDZ LLC served Interlink with summons and the complaint. Dkt. No. 8. On February 27, 2026, Interlink moved to dismiss the case. Dkt. No. 10. On March 16, 2026, MBDZ LLC filed its first amended complaint. Dkt. No. 15.

Federal Rule of Civil Procedure 15(a) "gives a plaintiff one opportunity to amend as of right." *Sanford v. Motts*, 258 F.3d 1117, 1120 (9th Cir. 2001). An amended complaint supersedes the original complaint, leaving the latter without legal effect. *Ramirez v. Cnty. of San Bernardino*,

ORDER DENYING AS MOOT MOTION TO DISMISS - 1

806 F.3d 1002, 1008 (9th Cir. 2015).  Thus, courts routinely deny as moot a motion to dismiss when it is followed by the filing of an amended complaint.  *See, e.g.*, *Skistimas v. Hotworx Franchising LLC*, 3:23-CV-05974-DGE, 2024 WL 3401023, at *1–2 (W.D. Wash. July 12, 2024) (denying as moot a motion to dismiss upon filing of amended complaint); *Gonzalez v. Jeld-Wen, Inc.*, 3:24-CV-01116-JO-VET, 2024 WL 3892939, at *1 (S.D. Cal. Aug. 21, 2024) (same).

In lieu of filing an opposition to the motion to dismiss, MBDZ LLC filed its first amended complaint.  *See* Dkt. No. 15; *see* Fed. R. Civ. P. 15(a)(1)(B).  Because MBDZ LLC filed its amended complaint within 21 days of being served with Defendant's responsive pleading, the Court DENIES as moot Defendant's motion to dismiss.  Dkt. No. 10.

Dated this 27th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING AS MOOT MOTION TO DISMISS - 2