**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Huian County Mubing E-commerce Co., Ltd., *Plaintiff*, v. Interlink Products International, Inc. and Eli Zhadanov, *Defendants*. | **Case No. 2:25-cv-2733-KKE** **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF FROM DEADLINE AND FOR EXTENSION OF TIME** |

This matter comes before the Court on Plaintiff's Unopposed Motion for Relief from Deadline and for a Two-Week Extension of Time to Respond to Defendant's Motion to Dismiss. Dkt. No. 21. The Court, having considered the motion and the record, finds good cause for the requested relief. IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Dkt. No. 21. Plaintiff's deadline to respond to Defendant's Motion to Dismiss, Dkt. No. 16, is extended from April 17, 2026 to May 1, 2026.

IT IS SO ORDERED.

DATED this 17th day of April, 2026.

Kymberly K. Evanson
United States District Judge

-1-